IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>　　　　　Plaintiff,<br>v.<br><br>KOSS CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 1:20-cv-12193-RGS |

## JOINT MOTION FOR STAY

Plaintiff Bose Corporation ("Bose") and Defendant Koss Corporation ("Koss"), by and through their undersigned counsel, respectfully request that the Court stay this case. As grounds for their motion to stay, the parties state:

On July 22, 2020, Koss filed suit against Bose in the Western District of Texas alleging infringement of the same patents at issue in this declaratory judgment action. *Koss Corporation v. Bose Corporation*, Civil Action No. 6:20-cv-00661-ADA (W.D. Tex.) (the "WDTX action").

On December 17, 2020, Bose moved to dismiss the WDTX action for improper venue and preferably to transfer the WDTX action to the District of Massachusetts. That motion remains pending.

The parties respectfully request a stay of this action while the Western District of Texas considers Bose's motion. The parties propose to update this Court promptly after receiving a decision from the Western District of Texas on Bose's motion.

Should the WDTX action be transferred to the District of Massachusetts, Koss reserves the right to request consolidation of the instant case and the WDTX case with the WDTX case designated as the lead case.

504090832 v1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted |
| | |
| /s/ *Michael N. Rader* | /s/ *John C. Blessington* |
| Michael N. Rader (BBO No. 646990) | John C. Blessington (BBO No. 549754) |
| Daniel M. Huttle (*pro hac vice* to be filed) | K&L GATES LLP |
| WOLF, GREENFIELD & SACKS, P.C. | State Street Financial Center |
| 605 Third Avenue | One Lincoln Street |
| New York, NY 10158 | Boston, MA 02111 |
| Telephone:  (212) 697-7890 | Telephone.: (617) 261-3100 |
| Facsimile:  (617) 646-8646 | Facsimile: (617) 261-3175 |
| mrader@wolfgreenfield.com | john.blessington@klgates.com |
| dhuttle@wolfgreenfield.com | |
| | *Counsel for Defendant Koss Corporation* |
| Nathan R. Speed (BBO No. 670249) | |
| WOLF, GREENFIELD & SACKS, P.C. | *Of Counsel* |
| 600 Atlantic Avenue | |
| Boston, MA 02210 | Darlene F. Ghavimi |
| Telephone:  (617) 646-8000 | Texas Bar No. 24072114 |
| Facsimile:  (617) 646-8646 | K&L GATES LLP |
| nspeed@wolfgreenfield.com | 2801 Via Fortuna, Suite #350 |
| | Austin, TX 78746 |
| *Counsel for Plaintiff Bose Corporation* | Telephone: (512) 482-6800 |
| | Facsimile: (512) 482-6859 |
| | darlene.ghavimi@klgates.com |

504090832 v1

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

Dated: February 5, 2021                                       /s/ *Michael N. Rader*
                                                                                        Michael N. Rader