IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOSS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>        Defendant. | Civil Action No. 1:20-cv-12193-RGS |

## **JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 65), Plaintiff Koss Corporation ("Koss") and Defendant Bose Corporation ("Bose") hereby submit this joint status update regarding the status of proceedings before the Court of Appeals for the Federal Circuit ("Federal Circuit"). The Federal Circuit issued its opinion on July 19, 2024, dismissing all of the parties' appeals as moot in view of a district court order in *Koss Corp. v. Plantronics, Inc.*, 4-21-cv-03854 (N.D. Cal.) ("Poly Case") which granted Plantronics' motion to dismiss the patents as invalid under 35 U.S.C. § 101. The Federal Circuit's decision, *Koss Corp. v. Bose Corp.*, Appeal Nos. 2022-2090, 2023-1173, -1179, -1180, -1191 (Fed. Cir. July 19, 2024), is attached hereto as Exhibit A.

Regarding the background of the appeals, Bose filed petitions for *inter partes* review against U.S. Patent Nos. 10,206,025 ("the '025 patent"), 10,368,155 ("the '155 patent"), and 10,469,934 ("the '934 patent"). The Patent Trial and Appeal Board (PTAB) issued decisions related to each patent, and Koss and/or Bose appealed those decisions.

Koss appealed the PTAB's final written decision in IPR2021-00297, which relates to the '155 patent. Koss's appeal is *Koss Corp. v. Bose Corp.*, Case No. 2022-2090 (Fed. Cir.). Both parties appealed different aspects of the PTAB's final written decisions in IPR2021-00612, which relates to the '025 patent, and IPR2021-00680, which relates to the '934 patent. Those appeals and cross-appeals were consolidated as *Koss Corp. v. Bose Corp.*, Case Nos. 2023-1173 (main), 2023-1179, 2023-1180 and 2023-1191. Bose filed motions to dismiss all of the appeals for mootness in September 2023 in view of the aforementioned district court order in the Poly Case.

Bose maintains that the Federal Circuit's recent decision conclusively confirms that all claims of Koss's three asserted patents are invalid and that those patents thus can no longer be asserted against Bose in this action. *See* Exhibit A at 2 ("Because all the claims in the patents at issue were invalidated in prior district court litigation, we find the appeals moot and dismiss."). Bose contends that Koss's claims should be immediately dismissed with prejudice.

Koss notes that the order in the Poly Case granted Koss leave to replead its complaint, which it did, filing a second amended complaint alleging infringement of specific dependent claims and additional factual allegations tied to those dependent claims. No order ever issued in the Poly case addressing the second amended complaint. Koss maintains that the Federal Circuit's opinion overlooked certain essential facts and is evaluating next steps, including panel rehearing, en banc review, and petition for certiorari of the Federal Circuit's decision. Koss expects to be able to provide a final update to the Court within 90 days. Koss notes that it is still within its allotted time to seek review of the Federal Circuit's decision. As a result, Koss contends that Bose's mandate that the instant action be dismissed is premature.

Dated: July 26, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Nathan R. Speed* | */s/ John C. Blessington* |
| Nathan R. Speed (BBO No. 670249) | John C. Blessington (BBO No. 549754) |
| **WOLF, GREENFIELD & SACKS, P.C.** | john.blessington@klgates.com |
| 600 Atlantic Avenue | Brandon R. Dillman (BBO No. 696937) |
| Boston, MA 02210 | brandon.dillman@klgates.com |
| Telephone: (617) 646-8000 | **K&L GATES LLP** |
| Facsimile: (617) 646-8646 | 1 Congress Street, Suite 2900 |
| nspeed@wolfgreenfield.com | Boston, MA 02114 |
| | Telephone: (617) 261-3100 |
| Michael N. Rader (BBO No. 646990) | Facsimile: (617) 261-3175 |
| **WOLF, GREENFIELD & SACKS, P.C.** | |
| 605 Third Avenue | Darlene F. Ghavimi |
| New York, NY 10158 | Texas Bar No. 24072114 |
| Telephone: (212) 697-7890 | **K&L GATES LLP** |
| Facsimile: (617) 646-8646 | 2801 Via Fortuna, Suite #350 |
| mrader@wolfgreenfield.com | Austin, TX 78746 |
| dhuttle@wolfgreenfield.com | Telephone: (512) 482-6800 |
| | Facsimile: (512) 482-6859 |
| **Counsel for Defendant Bose Corporation** | darlene.ghavimi@klgates.com |
| | |
| | Melissa M. Haulcomb |
| | IL Bar No. 6631368 |
| | melissa.haulcomb@klgates.com |
| | **K&L GATES LLP** |
| | 70 W. Madison Street, Suite 3100 |
| | Chicago, IL 60602 |
| | Telephone: (312) 372-1121 |
| | Facsimile: (312) 827-8000 |
| | |
| | Erik J. Halverson |
| | CA Bar No. 333492 |
| | erik.halverson@klgates.com |
| | **K&L GATES LLP** |
| | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 882-8200 |
| | Facsimile: (415) 882-8220 |
| | |
| | **Counsel for Plaintiff Koss Corporation** |