# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KOSS CORPORATION,<br><br>               Plaintiff,<br>v.<br><br>BOSE CORPORATION,<br><br>               Defendant. | Civil Action No. 1:20-cv-12193-RGS |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION

This Matter, having come before the Court on the Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction, and it appearing that the Motion should be granted,

IT IS HEREBY ORDERED that Plaintiff Koss Corporation's claims of patent infringement (Dkt. No. 14) are dismissed WITH PREJUDICE.

Dated: _____          _____

                                                                                                  Hon. Richard G. Stearns
                                                                                                  U.S. District Court Judge