**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Koss Corporation**
    Plaintiff

    V.

CIVIL ACTION

NO. **1:20-cv-12193-RGS**

**Bose Corporation**
    Defendant

**ORDER OF DISMISSAL**

Stearns, D. J.

    In accordance with the Court's Order entered March 28, 2025 [Doc. No. 31] granting Defendants Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

3/28/2025
Date

/s/ Jacqueline Martin
Deputy Clerk